UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-20619-DPG

IXE AGRO USA, LLC,

      Plaintiff,

v.

STARR INDEMNITY & LIABILITY COMPANY,

      Defendant.

_____/

**<u>STARR INDEMNITY & LIABILITY COMPANY'S RULE 7.1</u>**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Starr Indemnity & Liability Company hereby discloses the following:

1.    Starr Indemnity & Liability Company is a subsidiary of Starr International Company, Inc. and Starr Insurance Group, Inc.

2.    Any publicly held or parent corporation that owns ten percent (10%) or more of the corporation's stock: Starr International Company, Inc. and Starr Insurance Group, Inc.

Respectfully submitted,

By:_____/s/ Josh Levy_____
**Josh Levy, Esq.** (FBN: 668311)
Email:  jlevy@marlowadler.com
**Joel D. Adler, Esq.** (FBN: 283223)
jadler@marlowadler.com
**MARLOW ADLER ABRAMS**
  **NEWMAN & LEWIS**
4000 Ponce de Leon Boulevard, #570
Coral Gables, FL 33146
Telephone:  (305) 446-0500
Facsimile:  (305) 446-3667
*Attorneys for Defendant, Starr Indemnity & Liability Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on this 30th day of March, 2015, on all counsel or parties of record on the Service List below.

By:_____/s/ Josh Levy_____
**Josh Levy, Esq.** (FBN: 668311)

**SERVICE LIST**

**Counsel for Plaintiff**

**Michael N. Kreitzer, Esq.**
Email: mkreitzer@bilzin.com
**Joseph Mamounas, Esq.**
Email: jmamounas@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580