UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20619-CIV-GAYLES

**IXE AGRO USA LLC**,

    Plaintiff,

v.

**STARR INDEMNITY &
LIABILITY COMPANY,**

    Defendant.

_____/

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff, IXE Agro USA LLC ("IXE Agro"), as assignee of Alejandro Jesus Garcia Alvarez ("Garcia," collectively with IXE Agro, the "Insureds")[1], makes the following disclosures:

**A. The name, and if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that Plaintiff may use to support his claims or defenses, unless the use would be solely for impeachment.**

1. The following individuals have knowledge as described in detail below.

| Name | Address and telephone no. | Subject of information |
|---|---|---|
| Corporate representative of IXE Agro USA LLC ("IXE Agro") | c/o Michael Kreitzer, Esq. Joseph Mamounas, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Ave., Ste. 2300 Miami, FL 33131 | IXE Agro likely has information about the Policy, the facts and claims at issue in the Lawsuit, the Insureds' defense in the Lawsuit, the attorney's fees and costs incurred in defending the Lawsuit, the amount paid to settle the Lawsuit, the Insureds' May 14, 2014 notice of the Lawsuit, Starr's action (or lack thereof) in response to the Insureds' notice, Starr's failure to provide a |

---

[1] All capitalized terms have the same meaning as ascribed to them in the Complaint [D.E. 1].

| | | |
|---|---|---|
| | | timely defense to the Lawsuit, Starr's refusal to provide indemnification coverage and to exercise good faith in settling the Lawsuit, Starr's refusal to reimburse the defense and settlement costs incurred in connection with the Lawsuit, and the communications exchanged between the Insureds and Starr. |
| Alejandro Jesus Garcia Alvarez ("Garcia") | c/o Michael Kreitzer, Esq. Joseph Mamounas, Esq. Bilzin Sumberg Baena Price & Axelrod LLP 1450 Brickell Ave., Ste. 2300 Miami, FL 33131 | Mr. Garcia likely has information about the facts and claims at issue in the Lawsuit, the Insureds' defense in the Lawsuit, the attorney's fees and costs incurred in defending the Lawsuit, the amount paid to settle the Lawsuit, the Insureds' May 14, 2014 notice of the Lawsuit, Starr's action (or lack thereof) in response to the Insureds' notice, Starr's failure to provide a timely defense to the Lawsuit, Starr's refusal to provide indemnification coverage and to exercise good faith in settling the Lawsuit, Starr's refusal to reimburse the defense and settlement costs incurred in connection with the Lawsuit, and the communications exchanged between the Insureds and Starr. |
| Corporate Representative of Starr Indemnity & Liability Company ("Starr") | c/o Josh Levy, Esq. Joel D. Adler, Esq. Marlow Adler Abrams Newman & Lewis 4000 Ponce de Leon Boulevard, Ste. 570 Coral Gables, FL 33146 | Starr likely has information about the Policy, the Insureds' May 14, 2014 notice of the Lawsuit, Starr's action (or lack thereof) in response to the Insureds' notice, Starr's failure to provide a timely defense to the Lawsuit, Starr's refusal to provide indemnification coverage and to exercise good faith in settling the Lawsuit, Starr's refusal to reimburse the defense and settlement costs incurred in connection with the Lawsuit, the communications exchanged between the Insureds and Starr, the ATLP, and Starr's communications with Ms. Friedman |

| | | |
|---|---|---|
| | | concerning the ATLP. |
| Corporate representative of Butler Buckley Deets ("BBD") | 6161 Blue Lagoon Drive, Suite 420 Miami, FL 33126 | BBD likely has information about the Policy, the Insureds' May 14, 2014 notice of the Lawsuit, BBD's communication of that information to Starr, and Starr's action (or lack thereof) in response to the Insureds' notice. |
| Alexander Salgado ("Salgado") | c/o Howard N. Kahn, Esq. Kahn & Resnik, P.L. 1815 Griffin Road, Ste. 207 Dania, FL 33004 | Mr. Salgado likely has information about the facts and claims at issue in the Lawsuit. |
| Northstar Distributors LLC ("NSD") | c/o Howard N. Kahn, Esq. Kahn & Resnik, P.L. 1815 Griffin Road, Ste. 207 Dania, FL 33004 | NSD likely has information about the facts and claims at issue in the Lawsuit. |
| Dale Friedman, Esq. ("Friedman") | c/o Josh Levy, Esq. Joel D. Adler, Esq. Marlow Adler Abrams Newman & Lewis 4000 Ponce de Leon Boulevard, Ste. 570 Coral Gables, FL 33146 | Ms. Friedman likely has information about the Policy, the facts and claims at issue in the Lawsuit, Starr's action (or lack thereof) in response to the Insureds' notice, Starr's failure to provide a timely defense to the Lawsuit, Starr's refusal to provide indemnification coverage and to exercise good faith in settling the Lawsuit, the ATLP, the Insureds' communications with Ms. Friedman concerning the Lawsuit, and Starr's communications with Ms. Friedman concerning the ATLP. |

**B.    A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that Plaintiff has in his possession, custody, or control and may use to support his claims or defenses, unless the use would be solely for impeachment.**

The documents that Plaintiff has in its possession, custody, or control and may use to support its claims and defenses are as follows:

1. The Policy.

2. The pleadings filed and the discovery exchanged in the Lawsuit.

3. Correspondence and other documents exchanged between IXE Agro, through counsel, and Starr, regarding the underlying Lawsuit, the Insureds' May 14, 2014

3

     notice to Starr of the Lawsuit, Starr's obligation to defend the insureds, Starr's refusal and failure to provide a defense timely, Starr's refusal to exercise good faith in settling the Lawsuit, and Starr's refusal to reimburse the defense and settlement costs incurred in connection with the Lawsuit.

4. The correspondence exchanged between the Insureds and Starr (including but not limited to all communications through counsel and the Butler Buckley Deets firm) regarding the Lawsuit.

5. The ATLP and related correspondence involving Ms. Friedman.

6. Documents reflecting Garcia's assignment of his claims against Starr in relation to the Lawsuit to IXE Agro.

**C.** **A computation of each category of damages claimed by Plaintiff—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

Based on the information presently available to IXE Agro, IXE Agro calculates the damages suffered under its claims against Starr at a total of $1,338,001.17—consisting of $588,001.17 in damages suffered as a result of Starr's failure to defend Garcia timely with respect to the Lawsuit and $750,000 in damages suffered as a result of Starr's failure to indemnify Garcia with respect to the Lawsuit, as required—plus attorneys' fees, costs, and related expenses, all of which continue to accrue. These damages are supported primarily by the documents identified in section (B), above, all of which IXE Agro will make available for inspection and copy under Rule 34. IXE Agro reserves its right also to seek damages for Starr's bad-faith conduct, which IXE Agro has not yet quantified.

**D.** **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

## RESERVATION OF RIGHTS

Discovery in this matter is ongoing, and IXE Agro reserves the right to amend or supplement these Initial Disclosures at any time as additional information becomes available.

Dated: May 15, 2015.

                                          Respectfully Submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for Plaintiff*
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  (305) 374-7580
Facsimile:   (305) 374-7593

By:   */s/ Michael Kreitzer*
     **MICHAEL N. KREITZER**
     Florida Bar No. 705561
     mkreitzer@bilzin.com
     **JOSEPH MAMOUNAS**
     Florida Bar No. 41517
     jmamounas@bilzin.com
     mavin@bilzin.com
     asolis@bilzin.com
     eservice@bilzin.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on all counsel of record authorized to receive Notices of Electronic Filing generated by CM/ECF.

                                          */s/ Michael N. Kreitzer*
                                          **MICHAEL N. KREITZER**

MIAMI 4596116.2 80950/45536