UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-20619-DPG

IXE AGRO USA, LLC,

    Plaintiff,

v.

STARR INDEMNITY & LIABILITY COMPANY,

    Defendant.
_____/

### **DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

Defendant, Starr Indemnity & Liability Company, pursuant to Fed. R. Civ. P. 26(a)(1) provides the following initial disclosures.

- **A. The name, and if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that Defendant may use to support his claims or defenses, unless the use will be solely for impeachment.**

**Corporate representative of Starr Indemnity and Liability Company ("Starr")**
**c/o Joel Adler**
**Josh Levy**
**Marlow Adler Abrams Newman & Lewis**
**4000 Ponce de Leon Blvd., Suite 570**
**Coral Gables, FL 33134**

Starr's representative likely has information about the terms and conditions of the Starr policy governing coverage for the claims in the underlying lawsuit, Starr's duty to defend IXE Agro and Alejandro Garcia in the underlying lawsuit, Starr's duty to indemnify IXE Agro and Alejandro Garcia for the voluntary settlement of the underlying lawsuit, how coverage for the settlement, if any, should be allocated, and communications with IXE Agro and Alejandro Garcia and their counsel regarding requests for a defense and indemnification for the settlement in the underlying lawsuit.

**Corporate representative, IXE Agro USA, LLC**
**c/o Michael Kreitzer**
**Joseph Mamounas**

1

**Bilzin Sumberg Baena Price & Axelrod**
1450 Brickell Ave., Suite 2300
Miami, FL 33131

IXE Agro likely has information about the terms and conditions governing coverage for IXE Agro and Alejandro Garcia under the Starr policy, the facts and issues in the underlying lawsuit, IXE Agro and Alejandro Garcia's request for a defense from Starr, IXE Agro and Alejandro Garcia's request to fund a voluntary settlement, how coverage for the settlement, if any, should be allocated, other insurance that may provide coverage for the claims in the underlying lawsuit, and communications with IXE Agro and Alejandro Garcia and their counsel regarding requests for a defense and indemnification for the settlement in the underlying lawsuit.

**Alejandro Jesus Garcia Alvarez**
c/o Michael Kreitzer
Joseph Mamounas
**Bilzin Sumberg Baena Price & Axelrod**
1450 Brickell Ave., Suite. 2300
Miami, FL 33131

Garcia likely has information about the terms and conditions governing coverage for IXE Agro and Alejandro Garcia under the Starr policy, the facts and issues in the underlying lawsuit, IXE Agro and Alejandro Garcia's request for a defense from Starr, IXE Agro and Alejandro Garcia's request to fund a voluntary settlement, how coverage, if any, for the settlement should be allocated, other insurance that may provide coverage for the claims in the underlying lawsuit, and communications with IXE Agro and Alejandro Garcia and their counsel regarding requests for a defense and indemnification for the settlement in the underlying lawsuit.

**Corporate representative, Butler, Buckley Deets, Inc. ("BBD")**
6161 Blue Lagoon Drive, Suite 420
Miami, FL 33126

BBD likely has information about the facts and issues in the underlying lawsuit, IXE Agro and Alejandro Garcia's request for a defense from Starr, and other insurance that may provide coverage for the claims in the underlying lawsuit.

**Rafael F. Alayon**
c/o Butler, Buckley Deets, Inc.
6161 Blue Lagoon Drive, Suite 420
Miami, FL 33126

Alayon likely has information about the facts and issues in the underlying lawsuit, IXE Agro and Alejandro Garcia's request for a defense from Starr, and other insurance that may provide coverage for the claims in the underlying lawsuit.

**Alexander Salgado**
**c/o Howard N. Kahn**
**Kahn & Resnik**
**1815 Griffin Road, Suite 207**
**Dania, FL 33034**

Salgado likely has information about the facts and issues in the underlying lawsuit, settlement negotiations in the underlying lawsuit, valuation of his various claims for damages in the underlying lawsuit, and valuation of Salgado and NSD's ownership stake in IXE Agro.

**Corporate representative, Northstar Distributors**
**c/o Howard N. Kahn**
**Kahn & Resnik**
**1815 Griffin Road, Suite 207**
**Dania, FL 33034**

NSD likely has information about the facts and issues in the underlying lawsuit, settlement negotiations in the underlying lawsuit, valuation of his various claims for damages in the underlying lawsuit, and valuation of Salgado and NSD's ownership stake in IXE Agro.

**Dale Friedman**
**c/o Joel Adler**
**Josh Levy**
**Marlow Adler Abrams Newman & Lewis**
**4000 Ponce de Leon Blvd., Suite 570**
**Coral Gables, FL 33134**

Friedman is likely have information about the facts and issues in the underlying lawsuit, Friedman's communications with counsel for IXE Agro and Garcia, the nature of Salgado and NSD's various claims for damages in the underlying lawsuit, valuation of Salgado and NSD's ownership stake in IXE Agro, IXE Agro's request to fund a voluntary settlement.

**B. A copy, or a description by category and location, of all documents, electronically stored information, and tangible things that Defendant has in his possession, custody, or control and may use to support his claims or defense, unless the use would be solely for impeachment.**

1. The Starr policy
2. Pleadings and discovery from underlying lawsuit
3. Correspondence Juan Santiago of IXE Agro to Rafael Alayon of BBD regarding tender of defense
4. General Liability Notice of Occurrence Claim, May 15, 2014 from BBD to Starr regarding date of tender of defense.
5. Correspondence between Starr and IXE Agro, including correspondence regarding coverage for IXE Agro and Garcia in connection with the underlying lawsuit,

      correspondence exchanged between their attorneys regarding IXE Agro's request for defense and indemnity under the Starr policy.

6. All documents comprising the Garcia/IXE Agro - Salgado/Northstar settlement agreement and assignment of units concluding underlying lawsuit.

C. **A computation of each category of damages claimed by Plaintiff, who must also make available for inspection and copying under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including the materials bearing on the nature and extent of injuries suffered.**

    Not applicable to Defendant.

D. **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

    The Starr policy.

*Starr reserves the right to amend its initial disclosures as additional information is adduced during discovery or becomes available.*

    Respectfully submitted,

By: /s/ Josh Levy
**Josh Levy, Esq.** (FBN: 668311)
Email: jlevy@marlowadler.com
**Joel D. Adler, Esq.** (FBN: 283223)
jadler@marlowadler.com
**MARLOW ADLER ABRAMS NEWMAN & LEWIS**
4000 Ponce de Leon Boulevard, #570
Coral Gables, FL 33146
Telephone: (305) 446-0500
Facsimile: (305) 446-3667
*Attorneys for Defendant, Starr Indemnity & Liability Company*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was electronically filed with the Clerk of the Court using the CM/ECF system on all counsel of record authorized to receive Notices of Electronic Filing generated by CM/ECF on May 18, 2015.

By: /s/ Josh Levy

**Josh Levy, Esq.** (FBN: 668311)
Email:  jlevy@marlowadler.com

## SERVICE LIST

**Counsel for Plaintiff**

**Michael N. Kreitzer, Esq.**
Email:  mkreitzer@bilzin.com
**Joseph Mamounas, Esq.**
Email:  jmamounas@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD, LLP**
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456
Telephone:  (305) 374-7580