UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-20619-CIV-GAYLES/TURNOFF

**IXE AGRO USA LLC**,

    Plaintiff,

v.

**STARR INDEMNITY &
LIABILITY COMPANY,**

    Defendant.
_____/

### PLAINITIFF IXE AGRO USA LLC'S WITNESS LIST

Plaintiff, IXE AGRO USA, LLC ("IXE Agro"), pursuant to the Court's May 4, 2015 Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge, submits the following Witness List:

**Names and Addresses of Non-Expert Witnesses:**

1. **Corporate Representative of Starr Indemnity & Liability Company ("Starr")**
   c/o Joel Adler, Esq.
   Josh Levy, Esq.
   Marlow Adler Abrams Newman & Lewis
   4000 Ponce de Leon Blvd., Suite 570
   Coral Gables, Florida 33134

2. **Corporate Representative of IXE Agro USA LLC**
   c/o Michael N. Kreitzer, Esq.
   Joseph Mamounas, Esq.
   Bilzin Sumberg Baena Price & Axelrod LLP
   1450 Brickell Avenue, 23rd Floor
   Miami, Florida 33131

3.  **Juan Santiago**
    c/o Michael N. Kreitzer, Esq.
    Joseph Mamounas, Esq.
    Bilzin Sumberg Baena Price & Axelrod LLP
    1450 Brickell Avenue, 23rd Floor
    Miami, Florida 33131

4.  **Alejandro Jesus Garcia Alvarez**
    c/o Michael N. Kreitzer, Esq.
    Joseph Mamounas, Esq.
    Bilzin Sumberg Baena Price & Axelrod LLP
    1450 Brickell Avenue, 23rd Floor
    Miami, Florida 33131

5.  **Joseph J. Felber**
    c/o York Risk Services Group Inc.
    PO Box 183188
    Columbus, Ohio 43218

6.  **Corporate representative of Dovetail Managing General Agency Corp.**
    1333 Main Street, Suite 600
    Columbia, South Carolina 29210

7.  **Corporate Representative of Butler, Buckley Deets, Inc.**
    6161 Blue Lagoon Drive, Suite 420
    Miami, Florida 33126

8.  **Rafael F. Alayon**
    c/o Butler, Buckley Deets, Inc.
    6161 Blue Lagoon Drive, Suite 420
    Miami, Florida 33126

9.  **Dale Friedman**
    c/o Joel Adler, Esq.
    Josh Levy, Esq.
    Marlow Adler Abrams Newman & Lewis
    4000 Ponce de Leon Blvd., Suite 570
    Miami, Florida 33134

10. **Alejandro Salgado**
    c/o Howard N. Kahn, Esq.
    Kahn & Resnick
    1815 Griffin Road, Suite 207
    Dania, Florida 33034

CASE NO. 15-20619-CIV-GAYLES/TURNOFF

11. **Corporate Representative of Northstar Distributors, LLC ("Northstar")**
    c/o Howard N. Kahn, Esq.
    Kahn & Resnick
    1815 Griffin Road, Suite 207
    Dania, Florida 33034

12. **All persons identified by Starr on any witness list it submits in this action.**

13. **All persons identified in any documents produced by Starr in this action.**

14. **All persons identified in any documents produced by IXE Agro in this action.**

15. **All persons who reviewed the insurance claim at issue in this action on behalf of Starr.**

Plaintiff reserves the right to supplement or amend this Witness List as discovery continues.

Dated this 17th day of June, 2015.

                    Respectfully submitted,

                    **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for IXE Agro USA, LLC*
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Tel.: (305) 374-7580
Fax: (305) 374-7593

By:  */s/Joseph Mamounas*
    **Michael N. Kreitzer**
    Florida Bar No. 705561
    mkreitzer@bilzin.com
    **Joseph Mamounas**
    Florida Bar No. 41517
    jmamounas@bilzin.com
    eservice@bilzin.com

3

CASE NO. 15-20619-CIV-GAYLES/TURNOFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on all counsel of record authorized to receive Notices of Electronic Filing generated by CM/ECF.

By: */s/ Joseph Mamounas*
**Joseph Mamounas**