UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-20619-CV-GAYLES/TURNOFF

IXE AGRO USA, LLC,

    Plaintiff,

vs.

STARR INDEMNITY & LIABILITY
COMPANY,

    Defendant.
_____/

## ORDER OF RECUSAL AND REASSIGNMENT

**THE UNDERSIGNED MAGISTRATE JUDGE**, to whom the above-styled case has been assigned, hereby recuses himself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 (a) and S.D.Fla. Local Rule 3.6.

**DONE AND ORDERED** in Chambers at Miami, Florida on this _2_ day of August 2015.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of _CMM_____. Copies of this order shall be served on all pending parties of record.

All documents for filing in this case shall carry the following case number and designation: _15cv20619/Gayles/McAliley._

BY ORDER OF COURT this _21_ day of _August_ 2015, Miami, Florida.

STEVEN M. LARIMORE, CLERK

By: _Tiffany Cety_
Deputy Clerk

cc:    Hon. Darrin P. Gayles
        Counsel of Record
        Case Assignment Clerk